# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; DOE COSTCO MANAGER, and DOES 1 TO 20, Inclusive,<br><br>Defendants. | Case No.: CV 21-1476-DMG (AFMx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION [12]** |

Having considered the Parties' Joint Stipulation for Dismissal of the Entire Action with Prejudice, and finding that good cause exists, the Court hereby ORDERS that the above-captioned action is **DISMISSED** with prejudice in its entirety. The parties shall bear their own fees and costs.

IT IS SO ORDERED.

DATED: May 26, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE